BEFORE THE THIRD DIVISION, FEBRUARY 9, 1961

**No. 65152.**—Tronomatic Machine Mfg. Corp. *v.* United States, protest 60/15142 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 65153.**—Aut Customs Brokers, Inc. *v.* United States, protest 60/15424 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

FEBRUARY 9, 1961

**No. 65154.**—Quon Quon Company et al. *v.* United States, protests 58/25611, etc. Protests abandoned December 28, 1960. (Not published.) Plaintiffs' application for rehearing granted.